# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **MARIA VICTORIA BRADLEY** | **CIVIL ACTION NO. 2:18-1004** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RICKY MOSES, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 6] is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 12(b)(6) and the principles of *res judicata*.

**MONROE, LOUISIANA,** this 22nd day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE